# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TAMMY WASHINGTON,<br><br> Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br> Defendant. | Case No. 1:18-cv-06513<br><br>Honorable Judge Manish S. Shah |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TAMMY WASHINGTON and the Defendant, DIVERSIFIED CONSULTANTS, INC. , through their respective counsel that the above-captioned action is dismissed, with prejudice, against, DIVERSIFIED CONSULTANTS, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 1, 2019              Respectfully Submitted,

**TAMMY WASHINGTON**         **DIVERSIFIED CONSULTANTS, INC.**

/s/ Nathan C. Volheim          /s/ Morgan I. Marcus (*with consent*)
Nathan C. Volheim           Morgan I. Marcus
*Counsel for Plaintiff*           *Counsel for Defendant*
Sulaiman Law Group, LTD        Sessions, Fishman, Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200     141 W. Jackson Blvd, Suite 3550
Lombard, Illinois 60148          Chicago, IL 60604
Phone: (630) 575-8181          Phone: (312) 578-0985
Fax :(630) 575-8188           mmarcus@sessions.legal
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                  s/ Nathan C. Volheim_____
                                                  Nathan C. Volheim